AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| MEDSMEHAPPY, INC. et al. <br><br> *Plaintiff(s)* <br> v. <br> PHARMAZU USA, INC. et al. <br><br> *Defendant(s)* | Civil Action No.: 25-CV-80180 ROSENBERG |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Adam Brooks
1900 Via Royale, #1906
Jupiter, Florida 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark E. Stein, Esq.
MARK STEIN LAW
1680 Michigan Avenue, Suite 700
Miami Beach, Florida 33139
Tel.: (786) 664-6730
mark@markstein.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: Feb 10, 2025

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MEDSMEHAPPY, INC. et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 25-CV-80180 ROSENBERG |
| PHARMAZU USA, INC. et al. | ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

> PHARMAZU USA, INC.
> 5500 Military Trail Suite 22-128
> Jupiter, Florida 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Mark E. Stein, Esq.
> MARK STEIN LAW
> 1680 Michigan Avenue, Suite 700
> Miami Beach, Florida 33139
> Tel.: (786) 664-6730
> mark@markstein.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Feb 10, 2025



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts